IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Catherine McArdle<br><br>      Plaintiff,<br><br>  v.<br><br>Passion Food Hospitality, LLC d/b/a Acadiana Restaurant,<br><br>      Defendant. | CIVIL ACTION NO. 14-cv-1898 TSC |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiff Catherine McArdle and Defendant Passion Food Four, LLC d/b/a Acadiana Restaurant (inadvertently named by Plaintiff as "Passion Food Hospitality, LLC d/b/a Acadiana Restaurant" in her Complaint), by and through their respective counsel, hereby jointly move the Court to approve the settlement they have reached in the above-captioned action. In support of this motion, Plaintiff and Defendant state as follows:

1. Plaintiff's Complaint alleges, among other things, that Defendants violated the Fair Labor Standards Act and D.C. Minimum Wage Act Revision Act.

2. The parties have engaged in good faith settlement negotiations. During such negotiations, the parties reached an agreement to resolve the above-captioned action on terms that are mutually acceptable. Under the agreement reached, the terms of the resolution are confidential; however, the parties are agreeable to submitting the terms of this resolution to the Court under seal or confidentially to Chambers for *in camera* review.

      3.      The resolution of claims under the Fair Labor Standards Act requires approval by the Court.

      4.      The bases of the parties' request that the Court approve their settlement as set forth in the Joint Memorandum in Support of Joint Motion for Approval of Settlement Agreement, filed concurrently herewith.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court approve the settlement of the above-captioned matter reached by the parties.

Dated: this 11th day of March, 2016      Respectfully submitted,

| | |
|---|---|
| By: /s/ Mitchell I. Batt<br>Mitchell I. Batt<br>D.C. Bar No. 12002 | By: /s/ David A. Rosenberg<br>David A. Rosenberg<br>D.C. Bar No. 433405 |
| SULLIVAN TALBOTT & BATT<br>77 S. Washington Street, #304<br>Rockville, MD 20850<br>Telephone: (301) 340-2450<br>Facsimile: (301) 424-8280<br>E-mail: mbatt@verizon.net | FORDHARRISON LLP<br>1300 19th Street, N.W., Suite 300<br>Washington, DC 20036<br>Telephone: (202) 719-2000<br>Facsimile: (202) 719-2077<br>E-mail: drosenberg@fordharrison.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2016, I caused a true and accurate copy of the foregoing JOINT MOTION FOR APPROVAL OF SETTLEMENT to be filed with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

Mitchell I. Batt
SULLIVAN TALBOTT & BATT
77 Washington Street, #304
Rockville, MD 20850
*Attorney for Plaintiff*

                                                ___/s/ David A. Rosenberg_____
                                                   David A. Rosenberg

WSACTIVELLP:8265494.1