UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Catherine McArdle,<br><br>      Plaintiff,<br><br>v.<br><br>Passion Food Hospitality, LLC d/b/a Acadiana Restaurant,<br><br>      Defendant. | Civil Action No. 1:14-cv-01898 TSC<br><br>Judge Tanya S. Chutkan |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Catherine McArdle, by her counsel, and Defendant Passion Food Four, LLC, d/b/a Acadiana misstyled in Plaintiff's Complaint as Passion Food Hospitality, LLC d/b/a Acadiana Restaurant, by their counsel, hereby stipulate that the above-captioned matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees incurred in this action.

FOR THE PLAINTIFF

By: _____
Mitchell I. Batt
D.C. Bar No. 12002
mbatt@verizon.net

SULLIVAN, TALBOTT & BATT
77 S. Washington Street, Suite 304
Rockville, MD 20850
Telephone: (301) 340-2450
Facsimile: (301) 424-8280
Counsel for Plaintiff

DATE: 6/22/16

FOR THE DEFENDANT

By: _____
David A. Rosenberg
D.C. Bar No. 433405
drosenberg@fordharrison.com

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077
Counsel for Defendant

DATE: 6/22/16

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2016, I caused a true and accurate copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to be filed with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

Mitchell I. Batt
SULLIVAN TALBOTT & BATT
77 Washington Street, #304
Rockville, MD 20850
*Attorney for Plaintiff*

           /s/ David A. Rosenberg
            David A. Rosenberg

WSACTIVELLP:8492606.1